```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2015-1-WOB-JGW

TIMOTHY WAYNE HOLLINGSWORTH                              PLAINTIFF

VS.                        ORDER

RON MOSOTTI                                              DEFENDANT

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 50), and no objections having been filed, and the Court being advised,

**IT IS ORDERED** that the Recommended Disposition (Doc. 50) be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that defendant's motion for summary judgment (Doc. 38) is **granted**, that plaintiff's motion to amend (Doc. 49) is **denied as moot**, as the Report and Recommendation addressed a putative Fourth Amendment claim. (Doc. 50 , at 12 n.11). A separate Judgment shall enter concurrently herewith.

This 15th day of March, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge